1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELIA ROMERO AND JULIAN RAMOS, )<br><br>                    Plaintiffs, )<br>     v. )<br><br>THE MORTGAGE COMPANY, ET AL., )<br><br>                    Defendants. )<br>_____ ) | Case No.: C 10-05833 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

On January 6, 2011, Plaintiffs Celia Romero and Julian Ramos moved to remand the action. This case has been assigned to a magistrate judge. Pursuant to Civil Local Rule 73-1(a)(2), no later than one week after that motion was filed each party was required to file either a written consent to the jurisdiction of the magistrate judge, or request reassignment to a district judge. Not all of the parties did so. Therefore,

IT IS HEREBY ORDERED that no later than February 5, 2011, each party shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil) section of the court's website at

1  www.cand.uscourts.gov.

2  Dated:    January 14, 2011

3  _____
   PAUL S. GREWAL
   United States Magistrate Judge

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28