UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CELIA ROMERO AND JULIAN RAMOS,<br><br>              Plaintiffs,<br>   v.<br><br>THE MORTGAGE COMPANY, ET AL.,<br><br>              Defendants. | Case No.: C 10-05833 PSG<br><br>**ORDER FOR REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE** |

On January 6, 2011, Plaintiffs Celia Romero and Julian Ramos moved to remand. On January 14, 2011, this court ordered that the parties file either a "consent to proceed before a United States Magistrate Judge," or else a "declination to proceed before a United States Magistrate Judge and request for reassignment" no later than February 5, 2011. ("January 14, 2011 Order"). Not all of the parties have consented (or otherwise responded to the January 14, 2011 Order) to jurisdiction of this court. Accordingly, the above-captioned action shall be reassigned to a district court judge.

IT IS SO ORDERED.

Dated:   February 7, 2011

                                                        PAUL S. GREWAL
                                                        United States Magistrate Judge